IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD HELMUT WAGNER,

        Petitioner,        JUDGMENT IN A CIVIL CASE

v.        Case No. 12-cv-487-wmc

MICHAEL DITTMAN,

        Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Michael Dittman dismissing petitioner Ronald Helmut Wagner's petition for a writ of habeas corpus with prejudice as barred by the one-year statute of limitations found at 28 U.S.C. § 2244(d)(1).

| /s/ | 2/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |