IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Case Number 12-cv-487-wmc

RONALD HELMUT WAGNER,

        Petitioner,

v.

MICHAEL MEISNER, Warden,
Columbia Correctional Institution,
(Previously MICHAEL DITTMAN)

        Respondent.

## NOTICE OF APPEAL

    Notice is hereby given that Petitioner, Ronald Helmut Wagner, Pro Se, in the above-captioned Case hereby appeals to the United States Court of Appeals for the 7th Circuit from the final judgment and order denying 28 § 2254 Habeas Relief entered on February 7, 2014, with notice first provided to Petitioner on March 17, 2014 and a motion to reopen time to file an appeal filed on March 30, 2014.

    Dated this 6th day of April, 2014.

*/s/ Ronald Wag—*
RONALD HELMUT WAGNER
PRO SE PETITIONER.

### CERTIFICATE OF MAILING

    I, Ronald Helmut Wagner, hereby certify that on April 6, 2014, I did deposit an envelope containing this document correctly addressed to the Clerk of Court into the Columbia

(1)

Correctional Institution Mailbox with first-class postage affixed thereto.

*Ronald Wag*
_____
RONALD HELMUT WAGNER
PRO SE PETITIONER.

Ronald Helmut Wagner #228680
Columbia Correctional Institution
Post Office Box 900
Portage, Wisconsin 53901-0900

(2)