IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD HELMUT WAGNER,

                        ORDER

          Petitioner,

v.                                            12-cv-487-wmc

MICHAEL MEISNER, Warden,
Columbia Correctional Institution,

          Respondent.

---

On February 7, 2014, the court dismissed petitioner Ronald Wagner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 as barred by the one-year statute of limitations found at 28 U.S.C. § 2244(d)(1). Petitioner has now filed a notice of appeal. To date, however, he has neither paid the appellate docketing fee of $505 nor requested leave to proceed without prepaying the appellate docketing fee. For his appeal to proceed, petitioner must pay the docketing fee or submit a properly supported motion for leave to proceed without prepayment of the appeal fee, together with a certified copy of his inmate trust fund account statement, no later than May 9, 2014.

ORDER

IT IS ORDERED that, no later than May 9, 2014, petitioner Ronald Wagner must pay the appellate docketing fee of $505 or submit a motion for leave to proceed without payment of the appeal fee together with a certified copy of his inmate trust fund account statement.

Entered this 21st day of April, 2014.

                                        BY THE COURT:

                                        /s/

                                        PETER OPPENEER
                                        Magistrate Judge