## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD HELMUT WAGNER,

                                                          ORDER

                         Petitioner,

v.                                                        12-cv-487-wmc

MICHAEL MEISNER, Warden,
Columbia Correctional Institution,

                         Respondent.

On February 7, 2014, the court granted respondent's motion to dismiss the federal habeas corpus petition filed by Ronald Helmut Wagner after concluding that review was barred by the governing one-year statute of limitations. (Dkt. # 32). In that same order, the court denied a certificate of appealability. Wagner has now filed a motion requesting a certificate of appealability, disputing several procedural rulings made in connection with that decision. Without question, the procedural posture of this case has been less than ideal, owing in no small part to Wagner's lack of diligence. For reasons set forth previously, however, Wagner fails to demonstrate that a different result was required. Accordingly, this court declines to issue a certificate of appealability.

### ORDER

IT IS ORDERED that petitioner Ronald Helmut Wagner's motion for a certificate of appealability (Dkt. # 46) is DENIED.

Entered this 1st day of May, 2014.

                         BY THE COURT:

                         /s/

                         _____
                         WILLIAM M. CONLEY
                         District Judge