IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD HELMUT WAGNER,

                      Petitioner,

v.

MICHAEL MEISNER, Warden,
Columbia Correctional Institution,

                      Respondent.

ORDER

12-cv-487-wmc

---

On February 7, 2014, the court granted respondent's motion to dismiss the federal habeas corpus petition filed by Ronald Helmut Wagner after concluding that review was barred by the governing one-year statute of limitations. On April 4, 2014, the court denied Wagner's motion for relief from the judgment under Fed. R. Civ. P. 60(b). Wagner has now filed a motion to reconsider that decision under Fed. R. Civ. P. 59(e). To the extent that Wagner repeats arguments considered previously, neither Rule 60(b) nor Rule 59(e) may be used as a substitute for appeal or to relitigate issues in this manner. For this reason, Wagner does not show that he is entitled to relief under either Rule 60(b) or Rule 59(e). Accordingly, his motion will be denied.

ORDER

IT IS ORDERED that petitioner Ronald Helmut Wagner's motion for reconsideration (Dkt. # 47) is DENIED.

Entered this 1st day of May, 2014.

BY THE COURT:

/s/

---

WILLIAM M. CONLEY
District Judge