IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Case Number 12-CV-487-wmc

RONALD HELMUT WAGNER,

        Petitioner,

v.

MICHAEL MEISNER, WARDEN,
Columbia Correctional Institution,

        Respondent.

---

PETITIONER'S AMENDED NOTICE OF APPEAL OF:
W.D. COURT 02/07/2014 ORDER DISMISSING HABEAS CORPUS;
W.D. COURT 04/04/2014 ORDER DENYING RULE 60 MOTION;
W.D. COURT 04/10/2014 ORDER DENYING RULE 6 MOTION;
W.D. COURT 05/01/2014 ORDER DENYING RULE 59 MOTION ON RULE 60 MOTION;
W.D. COURT 05/01/2014 ORDER DENYING RULE 59 MOTION ON RULE 6 MOTION.

---

RONALD HELMUT WAGNER
PRO SE PETITIONER.

Ronald Helmut Wagner #228680
Columbia Correctional Institution
Post Office Box 900
Portage, Wisconsin 53901-0900

Notice is hereby given that Petitioner Ronald Helmut Wagner, Pro Se, hereby amends the April 6, 2014 Notice Of Appeal to include the following orders:

1) 02/07/2014 Order Dismissing Habeas Corpus;
2) 04/04/2014 Order Denying Rule 60 Motion;
3) 04/10/2014 Order Denying Rule 6 Motion;
4) 05/01/2014 Order denying Rule 59 Motion on Rule 60 Motion; and
5) 05/01/2014 Order Denying Rule 59 Motion on Rule 6 Motion.

Dated this 9th day of May, 2014.

### CERTIFICATION OF MAILING

I hereby certify that on May 9, 2014, I did deposit an envelope containing this document along with an Affidavit of Indigency and a Statement on Transcripts into the Columbia Correctional Institution Mailbox.

Dated this 9th day of May, 2014.

*Ronald Wagner*
RONALD HELMUT WAGNER
PRO SE PETITIONER.

Ronald Wagner # 228680
Columbia Correctional Institution
Box 900
Portage, WI   53901-0900